Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3700
Orange, CA 92868
Phone (714) 621-0200

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| Eric Daniel Mercado | Chapter 13<br>Case No.: 8:23-bk-11719-MH<br>**NOTICE OF UNCLAIMED DIVIDEND**<br>**(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **303861** in the sum of **$5,145.07** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and address of the party entitled to said unclaimed dividend is as follows:

    Eric Daniel Mercado
    13972 Chelmsford Walk
    Westminster, CA 92683

Date: April 22, 2024        __/S/_____
                            Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | Debt 1 Deb 2 SSN | ACCT | Desc | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|---|
| 2311719 | Eric Daniel Mercado Claim: 00000   UCI: | 0747 | | Debtor Refund | 5,145.07 | 0.00 | 5,145.07 |
| | | | | TOTALS | 5,145.07 | 0.00 | 5,145.07 |

Eric Daniel Mercado

BALANCE:       0.00      [0.00 104/00000]
SSN: XXX-XX-0747   SSN:
ACCT:                      CASE: 2311719
PRINCIPAL:    5,145.07   INTEREST:        0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0303861

Apr 22, 2024

VOID 90 DAYS FROM DATE

*****$5,145.07

PAY   Five Thousand One Hundred Forty Five And 07 / 100 Dollars

TO THE ORDER OF   *U.S. BANKRUTCY COURT FISCAL DEPT.*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈'0303861⑈' ⑆061100790⑆ 000000575186 2⑈'

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES.